AL ROTH, Respondent, *v.* HOTEL RIVERSIDE PLAZA, INC., Appellant.

Supreme Court, Appellate Term, First Department, January 9, 1947.

*George J. Stacy* and *Frank B. Gass* for appellant.

*Robert Levine* and *Frederick E. M. Ballon* for respondent.

MEMORANDUM *Per Curiam.* Plaintiff was admittedly indebted to defendant for unpaid rent and it had the right to retain possession of any property stored with it until the debt was paid (Lien Law, § 181). Plaintiff not having paid the same was, therefore, not entitled to immediate possession. Such payment was a condition precedent to making out a cause of

action in conversion (*Jackson* v. *Appleton*, 50 Hun 604, opinion in 2 N. Y. S. 787). Moreover, the mere loss of the property does not constitute a tortious conversion (*Salt Springs National Bank* v. *Wheeler*, 48 N. Y. 492, 495; *Magnin* v. *Dinsmore*, 70 N. Y. 410, 417).

The judgment should be reversed, with $30 costs, and complaint dismissed, with costs.

HAMMER, SHIENTAG and EDER, JJ., concur.

Judgment reversed, etc.